

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 24, 2019

**BY E-MAIL**

The Honorable Debra Freeman
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Darrell Lawrence et al.*, 19 Cr. 761 (  )

Dear Judge Freeman:

    Defendants in the above-captioned case were arrested last night and earlier today, and they are expected to be presented in Magistrate Court this afternoon. Accordingly, the Government writes to respectfully request that the Court unseal the indictment and wheel the case out to a District Judge. It is a Wheel C case.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney for the
    Southern District of New York

By: *[signature]*
Frank J. Balsamello / Jamie Bagliebter
Assistant United States Attorneys
(212) 637-2325 / -1933

SO ORDERED: 10/24/19

*[signature]*
HONORABLE DEBRA FREEMAN
UNITED STATES DISTRICT JUDGE