**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------x

UNITED STATES OF AMERICA

       -against-

Darrell Lawrence

---------------------------------------X

                            ORDER

                      19 Cr. 761-1 (JPO)

**J. Paul Oetken, DISTRICT JUDGE:**

The C.J.A. attorney assigned to this case Gary G. Becker, is hereby ordered substituted and the representation of the defendant in the above captioned matter is assigned to C.J.A. attorney Samidh Guha.

                                        SO ORDERED.

                                          J. PAUL OETKEN
                                       United States District Judge

Dated:  New York, New York
          October 21, 2020