UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

UNITED STATES OF AMERICA

           -against-

DARRELL LAWRENCE,

------------------------------------------x

ORDER

19 Cr. 761-1 (JPO)


J. Paul Oetken, DISTRICT JUDGE:


The C.J.A. attorney assigned to this case Samidh Guha, is hereby
ordered substituted and the representation of the defendant in the above
captioned matter is assigned to C.J.A. attorneys John Hillebrecht and
Jessica Masella.


SO ORDERED.

UNITED STATES DISTRICT JUDGE


Dated:   New York, New York
          Nov. 16, 2021